IN THE UNITED STATES DISTRICT COURT
Eastern District of Michigan

| | |
|---|---|
| TCYK, LLC, | ) |
| | ) |
| | ) Case No.: 13-cv-14322 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 1-9, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
DOE #4, OWNER OF IP ADDRESS 50.4.3.176**

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE #4, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 50.4.3.176.

DATED: January 28, 2014            Respectfully submitted,

   TCYL, LLC

   By:   /s/ Paul J. Nicoletti
         Paul J. Nicoletti (P-44419)
         Nicoletti Law, PLC
         36880 Woodward Avenue, Suite 100
         Bloomfield Hills, MI 48304
         Landline: (248) 203-9469
         Attorney for Plaintiff