UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TCYK, LLC,

               Plaintiff,          Case No. 13-cv-14322
                                        Honorable Paul D. Borman
                                        Magistrate Judge David R. Grand

     v.

DOES 1-9,

               Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DOE DEFENDANTS [17]

Before the Court is Plaintiff's motion for an extension of time in which to serve the Doe defendants in this case with a summons and complaint, [17] referred to this Court for hearing and disposition pursuant to 28 U.S.C. § 636(b)(1)(A). [18]. Due to the nature of the relief requested and the current lack of an opposing party, the Court disposes with hearing pursuant to Local Rule 7.1. For the following reasons, the motion is GRANTED.

Plaintiff filed a complaint in this Court alleging copyright infringement against a number of defendants then only known by their IP addresses. [1]. Plaintiff sought expedited discover of the identity of these defendants via their internet service providers ("ISPs"). [6]. The Court granted such request with the caveat that the ISPs withhold such information from Plaintiff pending the outcome of any motions the individual defendants might file. [9]. On January 3, 2014, Doe #8 filed a motion to quash the subpoena on his ISP. [10]. On January 30, 2014, Plaintiff gave the Court notice that it was voluntarily dismissing Doe #8, and his motion to quash was terminated on February 10, 2014. [16]. Doe #8 was terminated as a defendant to the case

on February 24, 2014.  Because Plaintiff's time for service of its complaint on the remaining

defendants has been running during the pendency of the motion to quash, and because during this

time it has been unable to obtain the identifying information from the defendants ISPs, it seeks

an extension of time, until April 11, 2014, within which to serve the remaining Doe defendants

with a complaint and summons.  [17].

The Court finds that the above reasons constitute good cause for granting Plaintiff an

extension of time to serve its summons and complaint.  Therefore, Plaintiff's motion **[17]** is

**GRANTED**.  Plaintiff has until **April 11, 2014**, to serve its summons and complaint on the

remaining Doe defendants.[1]

**IT IS SO ORDERED.**

Dated: February 25, 2014                             s/David R. Grand
Ann Arbor, Michigan                                  DAVID R. GRAND
                                                     United States Magistrate Judge

## NOTICE TO THE PARTIES REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of

fourteen (14) days from the date of receipt of a copy of this order within which to file objections

for consideration by the district judge under 28 U.S. C. §636(b)(1).

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record
and any unrepresented parties via the Court's ECF System to their respective email or First Class
U.S. mail addresses disclosed on the Notice of Electronic Filing on February 25, 2014.

                                                     s/Felicia M. Moses

---

[1] The Court also notes that in addition to Doe #8, Does # 4 and 5 have also been voluntarily
dismissed from this action.  [14, 15].  They have not as of yet been terminated as defendants
however.

2

FELICIA M. MOSES
Case Manager