UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TCYK, LLC,

       Plaintiff,

                              Case No. 13-cv-14322
v.                             Honorable Paul D. Borman

DOES 1-9,

       Defendants.
_____/

## ORDER OF DISMISSAL

On August 4, 2014, Plaintiff filed a Notice of Dismissal without Prejudice that dismissed all remaining Defendants in the case identified in Plaintiff's complaint.

Accordingly, it is **ORDERED** that the above matter is **DISMISSED** without prejudice.

                                      s/Paul D. Borman
                                      PAUL D. BORMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: August 5, 2014

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 5, 2014.

                                      s/Deborah Tofil
                                      Case Manager